UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARDIO ALMANZAR DE LA CRUZ | CIVIL ACTION |
| VERSUS | NO. 22-374 |
| BP EXPLORATION & PRODUCTION INC., ET AL. | SECTION: "J"(2) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, Defendants' *Motion to Dismiss* (Rec. Doc. 5), the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the *Motion to Dismiss Plaintiff's Complaint* **(Rec. Doc. 5)** filed by Defendants, BP Exploration & Production Inc. and BP America Production Company, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice.**

New Orleans, Louisiana, this 9th day of May, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE